UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA WISE,                    )
          Plaintiff,      )
-v-                             )       No. 1:22-cv-352
                                )
                                )       Honorable Paul L. Maloney
OTTAWA COUNTY, *et al.*,        )
          Defendants.     )
                                )

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: August 10, 2022              /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                     United States District Judge